# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | |
|---|---|
| **MORRIS CLEVELAND,**<br><br>    *Plaintiff,*<br><br>**v.**<br><br>**Chief Judge RAYMOND GEORGE,** *et al.,*<br><br>    *Defendants.* | **CIVIL ACTION NO.**<br>**3:26-cv-00025-TES** |

## NOTICE TO PRO SE PARTY OF FILING DEFICIENCIES, MOTIONS TO DISMISS

The Court previously sent Plaintiff Morris Cleveland two Notices of Filing Deficiencies and of a Motion to Dismiss. [Doc. 16]; [Doc. 18]. Defendants have since filed three more Motions to Dismiss. [Doc. 33]; [Doc. 37]; [Doc. 38]. So, the Court is sending Plaintiff another Notice. Since Plaintiff has not cured his pleading deficiencies since the last notice, the Court reiterates them, too. From the record, it appears Plaintiff has still not paid the required fee associated with filing this case. Plaintiff must either pay the filing fee or move to proceed *in forma pauperis* ("IFP"). Plaintiff has until **May 1, 2026,** to either pay the filing fee or move to proceed IFP. Failure to pay the fee or to move (and be granted) IFP status could result in Plaintiff's case being dismissed.

Furthermore, on April 15, 2026, Defendants Fry, George, and Wasserman filed a Motion to Dismiss [Doc. 33] pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6). [Doc. 33, p. 1]. On April 16, 2026, Defendant McGill filed a Motion to Dismiss

[Doc. 37] pursuant to Rules 12(b)(1) and (6). [Doc. 37, p. 1]. Finally, on April 17, 2026, Defendant Baldwin County filed a Motion to Dismiss [Doc. 38] pursuant to the same rules. [Doc. 38, p. 1]. Since Plaintiff is proceeding pro se, the Court deems it appropriate and necessary to advise him of his right to respond to Defendants' motions and of what may happen to his case if he fails to file response briefs. Accordingly, the Court advises Plaintiff that:

(1) Defendants have moved to dismiss the claims asserted against them in Plaintiff's Complaint [Doc. 1];

(2) Plaintiff has the right to oppose the dismissal of this lawsuit by filing a response brief to each motion no longer than 20 pages, *see* LR 7.4, MDGa; and,

(3) if Plaintiff fails to oppose or otherwise respond to the legal arguments contained in Defendants' motions, his claims may be dismissed.

Plaintiff is further advised that under the procedures and policies in the Middle District of Georgia, motions to dismiss are normally decided on briefs. LR 7.5, MDGa. The Court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law. If the Court grants Defendants' motions in full, there will be no trial or further proceedings in this case.

Under the Court's Local Rules (which the Court urges Plaintiff to read thoroughly) Plaintiff has 21 days "after service of [Defendants'] motion[s] and brief" to file any response brief with the Court. LR 7.2, MDGa. Once Defendants' motions have been fully briefed by the parties, the Court will rule.

**SO NOTICED**, this 17th day of April, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**